No. 85–6071. BLEVINS v. WAINWRIGHT, SECRETARY, FLOR-
IDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir.
Certiorari denied.

No. 85–6075. MCDONALD v. UNITED STATES. C. A. 7th Cir.
Certiorari denied.

No. 85–6076. FLETCHER v. UNITED STATES. Ct. App. D. C.
Certiorari denied.

No. 85–6078. MUZA v. UNITED STATES. C. A. 8th Cir. Cer-
tiorari denied.

No. 85–6079. SMITH v. WENZELMAN ET AL. C. A. 7th Cir.
Certiorari denied.

No. 85–6081. LUCERO v. SNYDER. C. A. 10th Cir. Certio-
rari denied.

No. 85–6087. POOL v. BRACKMAN, JUDGE, ET AL. C. A. 8th
Cir. Certiorari denied.

No. 85–6088. ALEEM v. CARR ET AL. Ct. App. Cal., 2d App.
Dist. Certiorari denied.

No. 85–6093. GEORGEVICH v. STRAUSS. C. A. 3d Cir. Cer-
tiorari denied.

No. 85–6097. WALLACE v. TATE, SUPERINTENDENT, CHILLI-
COTHE CORRECTIONAL INSTITUTE. C. A. 6th Cir. Certiorari
denied.

No. 85–6099. RODMAN v. TATE, SUPERINTENDENT, CHILLI-
COTHE CORRECTIONAL INSTITUTE, ET AL. C. A. 6th Cir. Cer-
tiorari denied.

No. 85–6105. LEWIEL v. ILLINOIS. App. Ct. Ill., 1st Dist.
Certiorari denied.

No. 85–6106. ANTHONY v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 85–6107. WYCOFF v. MENKE. C. A. 8th Cir. Certiorari
denied.

No. 85–6110. WALTER v. TORRES ET AL. C. A. 5th Cir.
Certiorari denied.